Order entered December 5, 2012

005181



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00599-CV

### ROLAND VON KURNATOWSKI, ET AL., Appellants

V.

### CITY OF COMMERCE, TEXAS, ET AL., Appellees

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court Cause No. 76,781

## ORDER

The Court has before it appellees' November 28, 2012 unopposed third motion to extend time to file the appellees' briefs. The Court **GRANTS** the motion and **ORDERS** appellees to file their briefs by December 28, 2012. No further extensions will be granted absent extraordinary circumstances.

MOLLY FRANCIS
JUSTICE